UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 1146
SCRANTON, PA 18501-1146

WILLIAM J. NEALON
JUDGE

TEL. (570) 207-5700
FAX (570) 207-5709

June 26, 2017

Thomas I. Puleo, Esq.
KML Law Group, P.C.
BNY Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106-1532

    IN RE:    United States of America v. East Norwegian Township Fire Company, CIVIL NO. 17-1000

Dear Counsel:

    The above matter has been assigned to the Undersigned. Local Rule 4.1 states, inter alia, that "...immediate service of process should be effected and an affidavit of such service shall be filed within fourteen (14) days thereafter." Within thirty (30) days of the filing of the complaint, Plaintiff's counsel must report to the Court in writing whether service has been effected or a waiver of service is being sought. The report will not be required if an affidavit of service has been filed within that time period. In order to keep the case on track, counsel are advised to refrain from entering into agreements for extensions of time for filing the answer or other responsive pleadings without court approval.

    Within forty-five (45) days of Defendant(s) filing an answer to the complaint, lead counsel must confer and file a completed Joint Case Management Plan and **a Proposed Scheduling Order**. The standard Joint Case Management Plan form is included in the Local Rules of Court and may be obtained from the Clerk's Office or from the Court's website, www.pamd.uscourts.gov. See FED. R. CIV. P. 26(f) and Local Rule 16.3. Counsel are requested to meet and discuss contemplated discovery in the hope that there may be an agreement to informally disclose matters required under Federal Rule of Civil Procedure 26(a). After the Joint Case Management Plan has been filed and reviewed, a determination on the necessity of a Case Management Conference will be made.

    Sincerely,

    /s/ William J. Nealon

    William J. Nealon