# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* | ATTORNEYS AT LAW | JILL P. JENKINS* |
| LISA A. LEE* | | ALYK L. OFLAZIAN* |
| KRISTINA G. MURTHA* | | COLLEEN M. HIRST* |
| THOMAS I. PULEO | SUITE 5000 | PAUL W. LUONGO* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | CAITLIN M. DONNELLY* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | VICTORIA W. CHEN* |
| JAIME R. ACKERMAN* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | MATTHEW K. FISSEL* |
| LAUREN BERSCHLER KARL* | (215) 627-1322 | MICHAEL J. CLARK* |
| *PA & NJ BAR | (866) 413-2311 | NICHOLAS J. ZABALA* |
| | FAX (215) 627-7734 | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | WWW.KMLLAWGROUP.COM | DENISE CARLON |
| | | CHRISTOPHER FORD |
| | | JAMES WARMBRODT |
| | | MATTEO WEINER* |

July 10, 2017

Honorable William J. Nealon
United States District Court
Middle District of Pennsylvania

RE:   THE UNITED STATES OF AMERICA vs. EAST NORWEGIAN TOWNSHIP FIRE
      COMPANY
      Docket #17-01000

Dear Judge Nealon:

Pursuant to your request, the status of the above-mentioned case is such that the summons and filed complaint were sent to this office on or about June 9, 2017. Per Fed.R.Civ.P. 4(d), we sent a waiver of service to the Defendant on June 13, 2017 and have allowed the party 30 days to return the waiver.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Thomas I. Puleo, Esq.