UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:17-CV-1000 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| EAST NORWEGIAN TOWNSHIP | : | |
| FIRE COMPANY, | : | |
|     Defendant | : | |

### **ORDER**

On June 9, 2017, Plaintiff, United States of America, filed the above-captioned action against Defendant, East Norwegian Township Fire Company. (Doc. 1). On that same date, a summons was issued as to Defendant and provided to Plaintiff's counsel. (Doc. 2). On June 27, 2017, the Court issued its Case Assignment and Procedures letter. (Doc. 3). On July 10, 2017, Plaintiff filed a status report which states that "the status of the above-mentioned case is such that the summons and filed complaint were sent to this office on or about June 9, 2017," and that pursuant to Federal Rule of Civil Procedure 4(d), Plaintiff "sent a waiver of service to the Defendant on June 13, 2017 and have allowed the party 30 days to return the waiver." (Doc. 4). On July 17, 2017, Defendant's executed waiver of service was filed. (Doc. 5). Pursuant to that waiver of service, Defendant was to file a responsive pleading in this matter on or before August 14, 2017. (Id.). To date, however, no responsive pleading has been filed, nor has

there been a request by a defendant to extend the time to file such.

**ACCORDINGLY, ON THIS 28TH DAY OF AUGUST, 2017, IT IS**

**HEREBY ORDERED THAT**:

1. The parties shall file a status report on or before **September 11, 2017**. The status report shall advise the Court with any information relevant to the disposition of this case.

2. The Court notes that Plaintiff's failure to file a response to this Order on or before **September 11, 2017**, may result in dismissal of this case without prejudice for failure to prosecute and comply with a court order.  See FED. R. CIV. P. 41(b).

3. Plaintiff is forewarned that renewal of his claims after such a dismissal would be subject to the applicable statute of limitations.

/s/ William J. Nealon
**United States District Judge**