# KML LAW GROUP, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| MICHAEL T. MCKEEVER* | | JILL P. JENKINS* |
| LISA A. LEE* | | ALYK L. OFLAZIAN* |
| KRISTINA G. MURTHA* | SUITE 5000 | COLLEEN M. HIRST* |
| THOMAS I. PULEO | BNY MELLON INDEPENDENCE CENTER | PAUL W. LUONGO* |
| DAVID B. FEIN* | 701 MARKET STREET | CAITLIN M. DONNELLY* |
| BRIAN C. NICHOLAS* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | VICTORIA W. CHEN* |
| JAIME R. ACKERMAN* | (215) 627-1322 | MATTHEW K. FISSEL* |
| LAUREN BERSCHLER KARL* | (866) 413-2311 | MICHAEL J. CLARK* |
| *PA & NJ BAR | FAX (215) 627-7734 | NICHOLAS J. ZABALA* |
| | | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | WWW.KMLLAWGROUP.COM | DENISE CARLON |
| | | CHRISTOPHER FORD |
| | | JAMES WARMBRODT |
| | | MATTEO WEINER* |

September 7, 2017

Honorable William J. Nealon
United States District Court
Middle District of Pennsylvania

RE:   THE UNITED STATES OF AMERICA vs. EAST NORWEGIAN TOWNSHIP FIRE COMPANY
      Docket #17-01000

Dear Judge Nealon:

Pursuant to your request, the status of the above-mentioned case, is such that the summons and filed complaint were sent to this office on or about June 9, 2017. The waiver of service was returned executed by the Defendant. Plaintiff filed its Motion for Default Judgment on September 7, 2017 and is currently awaiting a ruling by Your Honor.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Thomas I. Puleo, Esq.
Attorney for Plaintiff
Tel: 215-825-6309
Fax: 215-825-6409
Email: TPuleo@kmllawgroup.com

cc:
    East Norwegian Township Fire Company