<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u>

UNITED STATES OF AMERICA
      Plaintiff

   v.             Civil Action No: 17-01000

East Norwegian Township Fire Company
      Defendant

<u>DEFAULT</u>

AND NOW, this ___19th___ day of ___September___ 2017, default is hereby entered against

Defendant, East Norwegian Township Fire Company for failure to answer, plead or otherwise defend

against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

Peter J. Welsh, Acting

_____
Clerk, U.S. District Court

_____
Deputy Clerk

**FILED**
**SCRANTON**

SEP 1 9 2017

_____
PER_____
    DEPUTY CLERK